CASE NO. 17-1075

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

**DEBORAH MEEK HICKERSON,**
**Plaintiff-Appellant,**
v.
**YAMAHA MOTOR CORP., USA, et al.,**
**Defendants-Appellees.**

_____

On Appeal from the United States District Court
for South Carolina

_____

# APPELLANT'S MOTION TO EXTEND TIME FOR FILING OPENING BRIEF AND JOINT APPENDIX

Pursuant to *Federal Rules of Appellate Procedure* (*FRAP*), Rules 26 and 27, and Local Rules of 27(a) and 27(c), Appellant Deborah Meek Hickerson, through undersigned counsel, submits this initial Motion for Extension of Time to file the Appellant's Brief and Joint Appendix.

In support of the Motion, the Appellant submits the following:

1. Pursuant to *FRAP* Local Rule 27(a), counsel for the Appellees were notified of the intent to file this Motion. The Appellees are opposed to the Motion. The Appellees only agreed to a ten day extension and did not indicate whether they would file their objections in a response;

2. Pursuant to *FRAP* Local Rule 27(c) a previous *Disclosure of Corporate Affiliations* has been filed from which the information contained therein has not changed;

1

3. Appellant's Brief and the Joint Appendix are currently due on May 24, 2017. The Appellant request a 21 day extension, to and including, June 15, 2017, in which to complete these filings.

4. There is good cause for the extension, in that the Appellant needs additional time to prepare the Joint Appendix, including the sealing of confidential information under *FRAP* Local Rue 25(c)(3).

For these reasons, the Appellant respectfully requests this Court grant this Motion and extend the time to file Appellant's Brief and the Joint Appendix to, and including, June 15, 2017.

Respectfully submitted,

**s/ Douglas F. Patrick**
Douglas F. Patrick (I.D. #300)
Covington, Patrick, Hagins, Stern & Lewis
P. O. Box 2343
Greenville, SC 29602
P: (864) 242-9000

**s/ Austin F. Watts**
Austin F. Watts (I.D. #12120)
Covington, Patrick, Hagins, Stern & Lewis
P. O. Box 2343
Greenville, SC 29602
P: (864) 242-9000

*Attorneys for Appellant*

May 22, 2017

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney for the Plaintiff did cause the *Motion to Extend Time for Filing Opening Brief and Joint Appendix* to be served upon the attorneys for the Defendants, by filing with the Clerk Of Court using the Pacer/ECF system which will electronically provide notice to the parties, including the below attorneys, on the 22nd day of May, 2017.

| | |
|---|---|
| Robert Hood, Jr., Esquire | Richard Mueller, Esquire |
| Walker Barnes, Esquire | Heather Counts, Esquire |
| **Hood Law Firm** | **Thompson Coburn, LLP** |
| 172 Meeting St./ PO Box 1508 | One US bank Plaza/ 505 North 7th St. |
| Charleston, South Carolina 29402 | St. Louis, MO  63101 |
| | *pro hac vice* |

        COVINGTON, PATRICK, HAGINS
           STERN & LEWIS

By:   /s/ Austin F. Watts
       Austin F. Watts, Esq.